IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 2:25mj31

SEAN GARDNER

## MOTION TO UNSEAL COMPLAINT AND CASE

COMES NOW the United States of America, through its undersigned Assistant United States Attorney, and hereby files its motion to unseal the complaint and this case.

WHEREFORE, the United States requests that the Court unseal the complaint and this case.

Date: August 18, 2025

                                            Respectfully submitted,

                                            PATRICK A. LEMON
                                            Acting United States Attorney

By:   *s/Kimberly T. Purdie*
        Kimberly T. Purdie
        Assistant United States Attorney
        MSB# 104168
        501 E. Court Street, Suite 4.430
        Jackson, Mississippi 39201
        (601) 965-4480
        kimberly.purdie@usdoj.gov