IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:25mj31

SEAN GARDNER

### ORDER GRANTING MOTION TO UNSEAL COMPLAINT AND CASE

THIS CAUSE having come before the Court on motion of the Government to unseal the above styled matter, being fully advised in the premises, finds that said motion is well-taken and the same should be and is hereby granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the above styled matter is hereby unsealed.

SO ORDERED AND ADJUDGED this the 18th day of August 2025.

/s/ *Michael T. Parker*
MICHAEL T. PARKER
UNITED STATES MAGISTRATE JUDGE